IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC

JUN 1 0 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

In the matter of the indictment and
arrest warrant for

JAMES ALAN LUNSFORD

Case No. 1:24-cr-41

**Filed Under Seal**

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that
the Indictment, Arrest Warrant, and all related motions or orders issued be
unsealed, **IT IS HEREBY ORDERED** that the foregoing materials are
unsealed. SO ORDERED on this 10th day of June 2024.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE